UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROME WYE LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>HOSIE RICE LLP, et al.,<br><br>        Defendants. | Case No. 23-cv-06153-EMC<br><br>**ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 5 |

Plaintiff Frome Wye Limited has filed a motion for a temporary restraining order. The Court hereby orders that Defendants file a response to the motion by 1:00 p.m., December 1, 2023. The alleged junior lienholders (*i.e.*, the federal and state taxing authorities) may also file a response by that time. The Court shall email a copy of this order to those individuals/entities whose email addresses were provided in Plaintiff's proof of service. Plaintiffs, however, are also ordered to email a copy of this order to any individuals/entities for whom they have contact information. If Plaintiffs have a phone number for any individuals/entities, then they shall **immediately** call and notify them by phone of the contents of this order.

Dated: November 30, 2023

                                                EDWARD M. CHEN
                                                United States District Judge