1  Mia S. Blackler (SBN 188112)
   Laura L. Lutz (SBN  313527)
2  LUBIN OLSON & NIEWIADOMSKI LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:  (415) 981-0550
   Facsimile:  (415) 981-4343
5  mblackler@lubinolson.com
   llutz@lubinolson.com
6
   Attorneys for Plaintiff FROME WYE
7  LIMITED

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  FROME WYE LIMITED,                 Case No. 3:23-cv-06153-EMC

12           Plaintiff,               **DECLARATION OF MIA S.
                                      BLACKLER RE COMPLIANCE
13      v.                            WITH ORDER RE BRIEFING
                                      SCHEDULE RE PLAINTIFF'S
14  HOSIE RICE LLP, a California limited   MOTION FOR TEMPORARY
   liability partnership; SPENCER     RESTRAINING ORDER**
15  HOSIE, an individual; DIANE RICE,
   an individual,                     Judge:  Hon. Edward M. Chen
16                                     Courtroom 5
            Defendants.
17                                     Trial Date:        Not set

18

19       1.    I am an attorney duly admitted to practice before this Court.  I am a

20  partner with Lubin Olson & Niewiadomski LLP ("LON"), attorneys for Plaintiff

21  Frome Wye Limited ("Frome Wye").  I make this declaration in support of Frome

22  Wye's Motion for Temporary Restraining Order (Dkt. ## 5-6) and further to this

23  Court's directives as described below.  The following facts are true of my own

24  personal knowledge, except where stated on information and belief, and as to those

25  facts, I believe them to be true.  If called as a witness, I could and would testify

26  competently to the facts as set forth herein.

27       2.    At or around 9:30 p.m. on November 30, 2023, this Court issued an

28  Order Re Briefing Schedule Plaintiffs' [sic] Motion for Temporary Restraining

Order (the "Order") (Dkt. # 14), requiring Frome Wye to take certain actions as set forth therein.  As Frome Wye's counsel, I believe I have complied with the Court's directives to the best of my abilities as follows:

   a.     Upon my review of the Order, at 9:54 pm on November 30, 2023, I emailed the Defendants and their escrow and listing agents with a copy of the Order.  Attached hereto as **Exhibit 1** is a true and correct copy of my email;

   b.     At 9:56 pm, I left a detailed voicemail message at the office of Defendant Hosie Rice LLP in which I read the contents of the Order.  I do not have personal numbers for Defendants Spencer Hosie or Diane Rice;

   c.     At 10:01 pm, I left a detailed voicemail message for Donna DiBasilio at Fidelity National Title, the escrow officer handling the subject sale transaction, in which I read the contents of the Order;

   d.     At 10:05 pm, I called and left a detailed voicemail message on Fidelity National Title's general voicemailbox in its Corte Madera, California office which is handling the subject sale transaction, in which I read the contents of the Order; and

   e.     At 10:06 pm, I called and left a detailed voicemail message at the office of Tracy McLaughlin, the listing agent on the subject sale transaction, in which I read the contents of the Order.

   3.     On December 1, 2023, at 8:06 am, I called the number for the IRS officer identified on the IRS Notices of Federal Tax Lien (collectively, "NFTL") recorded against the subject property, Jennifer Tarble, and left Ms. Tarble a message in which I read the contents of the Order.  Following my call, I also faxed a copy of the Order (along with copies of the NFTL) to a fax number provided on Ms. Tarble's outgoing voicemail message.  A true and correct copy of my fax to Ms. Tarble is attached hereto as **Exhibit 2.**

   4.     On December 1, 2023, at 8:20 am, I called the California Franchise Tax Board ("FTB") number that appears on its recorded state tax lien secured against the

subject property.  I spoke with "Arnold" for 15 minutes trying to locate the correct person to speak with at the FTB.  "Arnold" provided me with a number for the FTB's Collection Advisory Team.  At 8:36 am, I called the number provided and left a message for the Collection Advisory Team in which I read the contents of the Order.  Following my call, I also faxed a copy of the Order (along with a copy of the FTB state tax lien) to a fax number provided on the FTB's website purportedly relating to its Collections Advisory Team.  A true and correct copy of my fax to the FTB, with successful transmittal confirmation, is attached here as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 1st day of December, 2023 at San Francisco, California.


    /s/ Mia S. Blackler
    Mia S. Blackler

# EXHIBIT 1

| | |
|---|---|
| **From:** | Blackler, Mia S. |
| **To:** | shosie@hosielaw.com; drice@hosielaw.com; donnad@fnf.com; tracy@tracymclaughlin.com; Spencer Hosie; Diane Rice; mcarroll@hosielaw.com; jshaw@hosielaw.com |
| **Cc:** | Lutz, Laura L.; Montoya, Catherine; Saephan, Mey |
| **Subject:** | Frome Wye/Hosie Rice -- U.S. District Court, Case No. 3:23-cv-06153-EMC- court ordered notice of order |
| **Date:** | Thursday, November 30, 2023 9:53:00 PM |
| **Attachments:** | TRO BRIEFING ORDER.pdf |

At Judge Edward M. Chen's direction, I am sending you the attached order in connection with Plaintiff Frome Wye's pending motion for temporary restraining order in the above-referenced action.

 Mia S. Blackler | **LUBIN OLSON**

Lubin Olson & Niewiadomski LLP | The Transamerica Pyramid | 600 Montgomery Street, 14th Floor | San Francisco, CA 94111 | Phone: (415) 955-5012 | Facsimile: (415) 981-4343 | www.lubinolson.com | Email: mblackler@lubinolson.com

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROME WYE LIMITED, | Case No. 23-cv-06153-EMC |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| HOSIE RICE LLP, et al., | |
| Defendants. | Docket No. 5 |

Plaintiff Frome Wye Limited has filed a motion for a temporary restraining order. The Court hereby orders that Defendants file a response to the motion by 1:00 p.m., December 1, 2023. The alleged junior lienholders (*i.e.*, the federal and state taxing authorities) may also file a response by that time. The Court shall email a copy of this order to those individuals/entities whose email addresses were provided in Plaintiff's proof of service. Plaintiffs, however, are also ordered to email a copy of this order to any individuals/entities for whom they have contact information. If Plaintiffs have a phone number for any individuals/entities, then they shall **immediately** call and notify them by phone of the contents of this order.

Dated: November 30, 2023

_____
EDWARD M. CHEN
United States District Judge

# EXHIBIT 2

12/01/2023 FRI 08:48   FAX                                                    001

```
                        * * * * * * * * * * * * * * * * * * * *
                                   FAX TX REPORT
                        * * * * * * * * * * * * * * * * * * * *

                            TX IMAGE SET NOT TO DISPLAY

                                 TRANSMISSION OK

                  JOB NO.                    1686
                  DESTINATION ADDRESS        18663021591
                  SUBADDRESS
                  DESTINATION ID
                  ST. TIME                   12/01 08:46
                  TX/RX TIME                 02' 39
                  PGS.                       4
                  RESULT                     OK
```

# LUBIN | OLSON

LUBIN OLSON & NIEWIADOMSKI LLP
THE TRANSAMERICA PYRAMID
600 MONTGOMERY STREET, 14TH FLOOR   SAN FRANCISCO, CALIFORNIA 94111
TEL 415 981 0550   FAX 415 981 4343   WEB lubinolson.com

## FACSIMILE TRANSMITTAL COVER SHEET

**DATE:**    December 1, 2023          **CLIENT-MATTER NUMBER:**

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Jennifer Tarble<br>Internal Revenue Service | 866-302-1591 | |

**FROM:**    Mia S. Blackler          **PHONE:**    (415) 955-5012

**RE:**    *Frome Wye Limited v. Hosie Rice LLP, et al.*<br>U.S. District Court, Case No. 3-cv-06153-EMC

| NUMBER OF PAGES WITH COVER PAGE: | 4 |
|---|---|

**Message:**

PLEASE SEE ATTACHED.



## LUBIN | OLSON

LUBIN OLSON & NIEWIADOMSKI LLP

THE TRANSAMERICA PYRAMID
600 MONTGOMERY STREET, 14TH FLOOR   SAN FRANCISCO, CALIFORNIA 94111
TEL 415 981 0550   FAX 415 981 4343   WEB lubinolson.com

# FACSIMILE TRANSMITTAL COVER SHEET

**DATE:**   December 1, 2023          **CLIENT-MATTER NUMBER:**

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Jennifer Tarble<br>Internal Revenue Service | 866-302-1591 | |

**FROM:**   Mia S. Blackler          **PHONE:**   (415) 955-5012

**RE:**   *Frome Wye Limited v. Hosie Rice LLP, et al.*
U.S. District Court, Case No. 3-cv-06153-EMC

| NUMBER OF PAGES WITH COVER PAGE: | 4 |
|---|---|

**Message:**

| PLEASE SEE ATTACHED. |
|---|

## CONFIDENTIAL

The information contained in this facsimile transmission from the law firm of Lubin Olson & Niewiadomski LLP is confidential and may also be legally privileged as an attorney-client communication and/or otherwise exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the addressee, or the employee or agent responsible to deliver this facsimile to its intended recipient, you are hereby notified that any review, use, dissemination, distribution, disclosure, copying or taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROME WYE LIMITED, | Case No.  23-cv-06153-EMC |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| HOSIE RICE LLP, et al., | |
| Defendants. | Docket No. 5 |

Plaintiff Frome Wye Limited has filed a motion for a temporary restraining order.  The Court hereby orders that Defendants file a response to the motion by 1:00 p.m., December 1, 2023. The alleged junior lienholders (*i.e.*, the federal and state taxing authorities) may also file a response by that time.  The Court shall email a copy of this order to those individuals/entities whose email addresses were provided in Plaintiff's proof of service.  Plaintiffs, however, are also ordered to email a copy of this order to any individuals/entities for whom they have contact information.  If Plaintiffs have a phone number for any individuals/entities, then they shall **immediately** call and notify them by phone of the contents of this order.

Dated: November 30, 2023

_____
EDWARD M. CHEN
United States District Judge

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145595, STOP 8420G
CINCINNATI, OH  45250-5585

**2020-0000688**

| | |
|---|---|
| REC FEE | 14.00 |

Recorded
Official Records
County of
Marin
SHELLY SCOTT
Assessor-Recorder
County Clerk

11:20AM 07-Jan-2020

RS
Page 1 of 1

For Optional Use by Recording Office

**Form 668 (Y)(c)**
(Rev. February 2004)

1748  Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 | Serial Number |
|---|---|
| Lien Unit Phone: (800)  913-6050 | 399357319 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer SPENCER HOSIE & DIANE S RICE

Residence         331 GOLDEN GATE AVE
                  BELVEDERE, CA 94920-2444

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2017 | XXX-XX-3005 | 02/18/2019 | 03/20/2029 | 2466446.52 |

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER | | |
| Marin COUNTY | Total $ | 2466446.52 |
| SAN RAFAEL, CA 94903 | | |

This notice was prepared and signed at ____OAKLAND, CA____ , on this,
the ___24th__ day of _December_ , _2019_.

| Signature | Title |
|---|---|
| *for* JENNIFER D TARBLE | REVENUE OFFICER    26-13-3020 |
| | (916) 974-5042 |

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part f - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60026X

Case 3:23-cv-06153-EMC  Document 15  Filed 12/01/23  Page 12 of 17
Branch :F7I,User :TZ0J   Case 4:23-cv-06153-KAW  Document 6  Filed 11/29/23  Page 9 of 30   Station Id :VMVE
Comment:

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145595, STOP 8420G
CINCINNATI, OH 45250-5585

**2020-0051725**

| | |
|---|---|
| Recorded Official Records County of Marin SHELLY SCOTT Assessor-Recorder County Clerk | REC FEE    14.00 |
| 06:30AM 23-Oct-2020 | SO Page 1 of 1 |

For Optional Use by Recording Office

**Form 668 (Y)(c)**
(Rev. February 2004)

1833  Department of the Treasury - Internal Revenue Service
## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 | Serial Number |
|---|---|
| Lien Unit Phone: (800)  913-6050 | 417086020 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer SPENCER HOSIE & DIANE RICE

Residence     331 GOLDEN GATE AVE
              BELVEDERE, CA 94920-2444

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2018 | XXX-XX-3005 | 03/02/2020 | 04/01/2030 | 487021.21 |

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER Marin COUNTY SAN RAFAEL, CA 94903 | Total  $ | 487021.21 |

This notice was prepared and signed at _____ OAKLAND, CA _____ , on this,
the ___06th___ day of ___October___ , 2020.

| Signature | Title |
|---|---|
| *Edwin Alan Crony* | REVENUE OFFICER   26-13-3020 |
| for JENNIFER D TARBLE | (916)  974-5042 |

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT 3

12/01/2023 FRI 08:56     FAX                                                                    ☑001

```
                    ********************
                       FAX TX REPORT
                    ********************

                        TRANSMISSION OK

            JOB NO.                 1687
            DESTINATION ADDRESS     19168453277
            SUBADDRESS
            DESTINATION ID
            ST. TIME                12/01 08:54
            TX/RX TIME              01'51
            PGS.                    3
            RESULT                  OK
```

# LUBIN | OLSON

LUBIN OLSON & NIEWIADOMSKI LLP
THE TRANSAMERICA PYRAMID
600 MONTGOMERY STREET, 14TH FLOOR   SAN FRANCISCO, CALIFORNIA 94111
TEL 415 981 0550   FAX 415 981 4343   WEB lubinolson.com

## FACSIMILE TRANSMITTAL COVER SHEET

**DATE:**   December 1, 2023      **CLIENT-MATTER NUMBER:**

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Franchise Tax Board<br>Attention Collection Advisory Team | (916) 845-3277 | |

**FROM:**   Mia S. Blackler      **PHONE:**   (415) 955-5012

**RE:**   *Frome Wye Limited v. Hosie Rice LLP, et al.*
U.S. District Court, Case No. 3-cv-06153-EMC

| NUMBER OF PAGES WITH COVER PAGE: | 3 |
|---|---|

**Message:**

PLEASE SEE ATTACHED.



## LUBIN | OLSON

LUBIN OLSON & NIEWIADOMSKI LLP
THE TRANSAMERICA PYRAMID
600 MONTGOMERY STREET, 14TH FLOOR   SAN FRANCISCO, CALIFORNIA 94111
TEL 415 981 0550   FAX 415 981 4343   WEB lubinolson.com

# FACSIMILE TRANSMITTAL COVER SHEET

**DATE:**   December 1, 2023            **CLIENT-MATTER NUMBER:**

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Franchise Tax Board<br>Attention Collection Advisory Team | (916) 845-3277 | |

**FROM:**   Mia S. Blackler            **PHONE:**   (415) 955-5012

**RE:**   *Frome Wye Limited v. Hosie Rice LLP, et al.*
U.S. District Court, Case No. 3-cv-06153-EMC

| NUMBER OF PAGES WITH COVER PAGE: | 3 |
|---|---|

**Message:**

| PLEASE SEE ATTACHED. |
|---|

## CONFIDENTIAL

The information contained in this facsimile transmission from the law firm of Lubin Olson & Niewiadomski LLP is confidential and may also be legally privileged as an attorney-client communication and/or otherwise exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the addressee, or the employee or agent responsible to deliver this facsimile to its intended recipient, you are hereby notified that any review, use, dissemination, distribution, disclosure, copying or taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE**

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROME WYE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HOSIE RICE LLP, et al.,<br><br>Defendants. | Case No.  23-cv-06153-EMC<br><br>**ORDER RE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 5 |

Plaintiff Frome Wye Limited has filed a motion for a temporary restraining order.  The Court hereby orders that Defendants file a response to the motion by 1:00 p.m., December 1, 2023. The alleged junior lienholders (*i.e.*, the federal and state taxing authorities) may also file a response by that time.  The Court shall email a copy of this order to those individuals/entities whose email addresses were provided in Plaintiff's proof of service.  Plaintiffs, however, are also ordered to email a copy of this order to any individuals/entities for whom they have contact information.  If Plaintiffs have a phone number for any individuals/entities, then they shall **immediately** call and notify them by phone of the contents of this order.

Dated: November 30, 2023

_____
EDWARD M. CHEN
United States District Judge



*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to* .

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

**2019-0002334**

| Recorded Official Records County of Marin SHELLY SCOTT Assessor-Recorder County Clerk | REC FEE | 0.00 |
|---|---|---|
| 11:01AM 25-Jan-2019 | RS Page 1 of 1 | |

### Notice of State Tax Lien

Filed With:   MARIN                          Certificate Number:        19017336690

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer(s) as follows:

Name of Taxpayer(s)      : SPENCER HOSIE
                           DIANE S RICE

FTB Account Number       : 1210562991

Social Security Number(s) : XXX-XX-3005   XXX-XX-1997

Last Known Address       : 331 GOLDEN GATE AVE
                           : BELVEDERE, CA  94920-2444

For Taxable Years        : 2017

Total Lien Amount *      : $619,232.46

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

Dated: 01/17/19

Collection Bureau
Telephone Number: (916) 845-4350

FRANCHISE TAX BOARD
of the State of California

By: *[signature]*

Authorized facsimile signature.

*Additional interest is accruing at the rate prescribed by law.

FTB 2930 V1 M ARCS (REV 06-2017)