UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROME WYE LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>HOSIE RICE LLP, et al.,<br><br>    Defendants. | Case No. 23-cv-06153-EMC  (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: Dkt. No. 62 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for post-judgment discovery. The undersigned is reviewing the Plaintiff's Application and Proposed Order for Appearance and Examination of the Judgment Debtor (Re: Dkt. No. 62), and will order a telephone conference, hearing, further briefing and/or another type of response, if needed. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: May 6, 2025

LISA J. CISNEROS
United States Magistrate Judge