Mia S. Blackler (SBN 188112)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mblackler@lubinolson.com

Attorneys for Plaintiff
FROME WYE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FROME WYE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HOSIE RICE LLP, a California limited liability partnership; SPENCER HOSIE, an individual; DIANE RICE, an individual,<br><br>Defendants. | Case No. 3:23-cv-06153-EMC<br><br>**PLAINTIFF FROME WYE LIMITED'S FURTHER STATUS REPORT RE DEFENDANTS' JUDGMENT DEBTORS' EXAMINATIONS**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor<br><br>Trial Date: Not set |

As set forth in the Joint Status Report re Defendants' Judgment Debtors' Examinations filed on July 29, 2026 (Dkt. #80), Plaintiff FROME WYE LIMITED ("Plaintiff") hereby submits this Further Status Report re Defendants' Judgment Debtors' Examinations.

Defendants' judgment debtor examinations commenced on July 24, 2026, via Zoom, as agreed among the parties by stipulation. Plaintiff did not agree to deem the examinations complete/concluded on July 24 due to lack of missing information and documents; Defendants' position is that the examinations were completed.

Following the July 24 examinations, Plaintiff's counsel had the opportunity to review the documents produced by Defendants 30 minutes before their examinations commenced and Defendants' related objections to certain of the documents requested.

In an effort to avoid further oral testimony or motion practice, Plaintiff's counsel emailed Defendants HOSIE RICE LLP ("Hosie Rice"), SPENCER HOSIE, and DIANE RICE (collectively, "Defendants") a list of documents and information to which Plaintiff is entitled under a California Order of Examination and applicable law, including, but not limited to information concerning Hosie Rice's receivables, expenses, and information about an ongoing arbitration that could lead to fee recovery, personal bank and retirement account statements, tax returns, employment agreement as it relates to compensation, current Social Security payments, and a copy of a residential lease agreement.

To date, Defendants have not produced the requested documents and information and have requested additional time. In an attempt to informally resolve the matter, Plaintiff's counsel has asked that the remaining documents and information be produced by no later than August 21, 2026.

Given the above, Plaintiff requests that this Court continue to hold Defendants' examinations open at this time. Plaintiff further respectfully requests that this Court schedule a hearing during the week of August 24, 2026, to address

and potentially resolve the outstanding issues and/or establish a briefing schedule for Plaintiff's forthcoming motion to compel compliance with the examination orders.[1] If there is compliance before the hearing, then it could be taken off calendar.

Respectfully submitted,

Dated: August 12, 2026

LUBIN OLSON & NIEWIADOMSKI LLP

By: */s/ Mia S. Blackler*
Mia S. Blackler, Attorneys for Plaintiff
FROME WYE LIMITED

[1] Plaintiff requests that any hearing be conducted via Zoom, at least with respect to Defendants' appearance given Mr. Hosie's medical condition.