UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Lisa J. Cisneros

Mia S. Blackler (SBN 188112)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
mblackler@lubinolson.com

Attorneys for Plaintiff FROME WYE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FROME WYE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HOSIE RICE LLP, a California limited liability partnership; SPENCER HOSIE, an individual; DIANE RICE, an individual,<br><br>Defendants. | Case No. 3:23-cv-06153-EMC<br><br>**JOINT STIPULATION RE CONCLUSION OF DEFENDANTS' JUDGMENT DEBTORS' EXAMINATIONS ; ORDER**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Pursuant to Local Rule 7-12 and this Court's Order of October 6, 2026 (Dkt. # 89), Plaintiff Frome Wye Limited ("Frome Wye"), on the one hand, and Defendants Hosie Rice LLP, a California limited liability partnership, Spencer Hosie, and Diane Rice (collectively "Defendants"), on the other hand, by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff's continued judgment debtor examinations of Defendants Hosie Rice LLP, a California limited liability partnership, Spencer Hosie and Diane Rice were scheduled for 9:00 a.m. on October 16, 2026 via Zoom videoconference (collectively, the "Examinations");

WHEREAS, the Court has reserved a 1:00 p.m. hearing on October 16, 2026 to resolve any disputes concerning the Examinations;

WHEREAS, Defendants have produced documents and provided information to Plaintiff such that the Examinations may be concluded and the October 16, 2026 hearings vacated;

NOW, THEREFORE, IT IS SO STIPULATED, subject to the Court's approval, that Defendants' judgment debtors' examinations ordered by this Court on July 14, 2026, September 4, 2026 and October 6, 2026 (Dkt. ## 79, 82 and 89) may be considered concluded and the October 16, 2026 hearings may be vacated.

Dated: October 16, 2026

LUBIN OLSON & NIEWIADOMSKI LLP

By: *\/s/ Mia S. Blackler*

Mia S. Blackler, Attorneys for Plaintiff
FROME WYE LIMITED

Dated: October 16, 2026

HOSIE & PARTNERS, LLP

By: */s/ Spencer Hosie*

Spencer Hosie, Attorneys for Defendants
HOSIE RICE LLP, SPENCER HOSIE, and
DIANE RICE